**Jay EDELMAN**

v.

**Elvira HENDERSON, Appellant.**

**No. 15328.**

United States Court of Appeals Third Circuit.

Argued Sept. 14, 1965.

Decided Nov. 10, 1965.

Rehearing Denied Dec. 21, 1965.

A. Cuyler Ten Eyck, Christiansted, St. Croix, for appellant.

John D. Marsh, Christiansted, St. Croix, V. I. (Young, Isherwood & Marsh, Christiansted, St. Croix, V. I., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and SMITH, Circuit Judges.

PER CURIAM.

An examination of the record in this appeal and consideration of the arguments of the parties convince us that the court below committed no error. Consequently the order of the District Court granting the preliminary injunction will be affirmed.